Robert J. Kane (SBN 50856)
rkane@stuartkane.com
STUART KANE LLP
620 Newport Center Drive, Suite 200
Newport Beach, CA 92660
Telephone:  (949) 791-5127
Facsimile:  (949) 791-5227

Max C. Fischer (SBN 226003)
mfischer@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Angela C. Zambrano (Texas Bar No. 24003157)
angela.zambrano@sidley.com
Sidley Austin LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 981-3405
Facsimile: (214) 981-3400

Attorneys For Petitioners
ACCENTCARE, INC. and ACCENTCARE OF CALIFORNIA, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARINA McNEAL, individually and on behalf of other aggrieved employees under the Labor Code Private Attorneys General Act of 2004,<br><br>             Plaintiff,<br><br>vs.<br><br>ACCENTCARE, INC., ACCENTCARE OF CALIFORNIA, INC., and DOES 1 through 50,<br><br>             Defendants. | Case No. 3:15-cv-03304-KAW<br><br>**[PROPOSED] ORDER GRANTING PETITIONERS' PETITION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Magistrate Judge Kandis A. Westmore |

CASE NO. 3:15-CV-03304-KAW
[PROPOSED] ORDER GRANTING PETITIONERS' PETITION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

1
2
3
4
5
6
7   Petitioners AccentCare, Inc. and AccentCare of California, Inc.'s (together, "Petitioners'") Petition to Compel Arbitration and Stay Proceedings came on for hearing on September 3, 2015, at 11:00 a.m., before the Honorable Magistrate Judge Kandis A. Westmore at the Oakland Courthouse of the above-entitled Court. Robert J. Kane and the law firm of Sidley Austin LLP appeared on behalf of Petitioners. The law firm of The Ottinger Firm, P.C. appeared on behalf of Plaintiff-Respondent Sharina McNeal ("Respondent").

The Court, having considered all of the moving, opposition and reply papers, and the arguments of counsel, found that the Federal Arbitration Act applies and that the arbitration agreement between Respondent and Petitioners is valid and enforceable and thereby granted Petitioners' petition to compel Respondent to arbitrate all of her claims against Petitioners. The Court further found that the arbitration agreement between the parties requires individual arbitration of Respondent's claims against Petitioners, and thereby ordered the arbitration to proceed on an individual basis.

**NOW, THEREFORE, IT IS ORDERED** that Respondent must submit her individual claims against Petitioners to binding individual arbitration in accordance with the terms of the arbitration agreement.

DATED: _____          _____

                                HONORABLE MAGISTRATE JUDGE KANDIS A. WESTMORE