IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARINA MCNEAL, individually and on behalf of other aggrieved employees under the Labor Code Private Attorneys General Act of 2004,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACCENTCARE, INC.; et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 15-03304 JSW<br><br>**ORDER VACATING HEARING AND DENYING AS MOOT REQUEST TO APPEAR BY TELEPHONE** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendants' "Petition to Compel Arbitration and Stay Proceedings" (Docket No. 9) and Plaintiff's motion to remand (Docket No. 12), which have been set for hearing on Friday, September 11, 2015 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the Court VACATES the September 11, 2015 hearing. The pending motions will be taken under submission and decided on the papers.

Defendants' request for Angela Zambrano, Esq., to be permitted to appear by telephone at the September 11, 2015 hearing (Docket No. 32) is DENIED as moot.

The initial case management conference set for Friday, November 13, 2015 at 11:00 a.m. remains on calendar.

**IT IS SO ORDERED.**

Dated: September 8, 2015

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE